IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ICON IN THE GULCH, LLC | ) |
| | ) |
| v. | ) NO. 3-11-0947 |
| | ) JUDGE CAMPBELL |
| KA, INC. | ) |

ORDER

Pending before the Court is Defendant's Motion to Dismiss (Docket No. 19). Since the filing of that Motion, Plaintiff has filed a First Amended Complaint (Docket No. 21). Therefore, Defendant's Motion to Dismiss is DENIED as moot, since it does not address the operative Complaint.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE