IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ICON IN THE GULCH, LLC )
)
v. ) NO. 3-11-0947
) JUDGE CAMPBELL
KA, INC., et al. )

ORDER

The parties have notified the Court that they have reached a settlement in this case. Docket No. 61. The parties shall submit an Agreed Order of Dismissal by August 1, 2014. The case remains set for trial on September 2, 2014, with a pretrial conference on August 22, 2014, pending dismissal.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE