IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ICON IN THE GULCH, LLC )
)
v. ) NO. 3-11-0947
) JUDGE CAMPBELL
KA, INC., et al. )

ORDER

The parties having filed the two Electronically Filed Stipulations of Dismissal (Docket Nos. 63 and 64), the Clerk is directed to close this file. The pretrial conference set for August 22, 2014, and the trial set for September 2, 2014, are canceled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE